UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>        Plaintiff,<br><br>   v.<br><br>S. SHERMAN, et al.,<br><br>        Defendant. | 1:19-cv-00760-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 21 DAYS** |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, the Court **ORDERS**:

    **Within 21 days** of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **June 1, 2019**                            **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE