# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEVELAND EVANS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. SHERMAN, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00760-LJO-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>**(Doc. 7)**<br><br>**21-DAY DEADLINE** |

　　　The statement detailing Plaintiff's inmate account, indicates that, a mere three months before Plaintiff filed this action, he received $1,000 in settlement of another action. The CDCR certificate also indicates that, in the six months prior to filing this action, the average monthly deposits to Plaintiff's account was $242.65 and the average monthly balance was $423.69.

　　　Proceeding "*in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed *IFP*, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Doe v. Educ. Enrichment Sys.*, No. 15cv2628-MMA (MDD), 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. Dec. 30, 2015) (citing *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). "[T]he court shall dismiss the case at any time if the court

1

determines the allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).  It appears that Plaintiff has had sufficient funds over the last several months to be required to pay the filing fee in full to proceed in this action, but chose to spend his money elsewhere.

Accordingly, the Court **ORDERS** that **within 21 days** of the date of service of this order, Plaintiff SHALL show cause why his motion to proceed *in forma pauperis* should not be denied and this action dismissed without prejudice to refiling with prepayment of the filing fee; alternatively, Plaintiff may file a notice of voluntary dismissal.

**Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **July 11, 2019**                              **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE